# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VEATH FISH FARM, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 17-cv-0303-MJR-MAB ) |
| PURINA ANIMAL NUTRITION, LLC, TEXAS FARM PRODUCTS COMPANY, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On December 18, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge, for a settlement conference (Doc. 112). Following the hearing, Magistrate Judge Williams prepared a Report and Recommendation (Doc. 117). Judge Williams recommended that the undersigned District Judge assess sanctions against Defendant Texas Farm Products for its failure to bring individuals with complete settlement authority to the conference (*Id*.). He indicated that this was the second such failure of TFP and that it resulted in at least three hours of wasted time (*Id*.). Upon issuance of the Report and Recommendation, Magistrate Judge Williams informed the parties that they had 14 days to object to his recommendations. (*Id.* at 5). The 14-day deadline—January 14, 2019—came and went without any objections being filed.

As noted, the Court never received objections to Magistrate Judge Williams' recommendation that sanctions be assessed in the form of $3,495.00 to Plaintiff for TFP's shortcomings. Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation

(Doc. 117). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly in light of the detailed analysis of TFPs prior conduct in settlement of this case as well as the detailed sanction fee calculation. Accordingly, **<u>TFP must tender $3,495.00 to Plaintiff Veath for its sanctioned conduct</u>**.

**IT IS SO ORDERED.**

DATED: March 27, 2019

*<u>s/ Michael J. Reagan</u>*
Michael J. Reagan
United States District Judge
